# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § § | |
| | § | **CASE NUMBER 6:19-CR-00031-JDK** |
| **v.** | § § | |
| | § § | |
| **ROY EDWARD THOMPSON JR (2).** | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT AND RECOMMMENDATION ON GUILTY PLEA

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John D. Love regarding Defendant Roy Edward Thompson Jr (2)'s plea of guilty to Count Three with a violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(B) - Possession with the Intent to Distribute or Dispense (Methamphetamine, Cocaine, Heroin, Crack Cocaine, Marijuana).

Having conducted a proceeding in the form and manner prescribed by the Federal Rule of Criminal Procedure 11, the Magistrate Judge recommends that the Court accept the Defendant's guilty plea. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed October 31, 2019, are hereby **ADOPTED**.

It is further **ORDERED** that Defendant's guilty plea is accepted and approved by the Court. Further, the Plea Agreement is approved by the Court, conditioned upon a review of the presentence report.

It is further **ORDERED** that, pursuant to Defendant's Plea Agreement, the Court finds Defendant **GUILTY** of Count Three of the Indictment in the above-numbered cause and enters a **JUDGMENT OF GUILTY** against Defendant as to Count Three of the Indictment.

So **ORDERED** and **SIGNED** this **2nd** day of **November, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE