IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** § § § § **v.** § § § **ROY EDWARD THOMPSON, JR.,** § § | **CASE NUMBER 6:19-CR-00031-JDK** |

**FINDINGS OF FACT AND RECOMMENDATION ON GUILTY PLEA
BEFORE THE UNITED STATES MAGISTRATE JUDGE
PURSUANT TO RULE 11(c)(1)(C)**

Pursuant to 28 U.S.C. 636(b), this matter has been referred by the District Court for administration of a plea of guilty under Rule 11 of the Federal Rules of Criminal Procedure. The Court previously accepted a plea from Defendant pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B). (Doc. No. 74.) Thereafter, the government notified the Court of an amended plea agreement. (Doc. No. 95.) On December 9, 2019, the Court held a hearing to consider the amended plea agreement of Defendant, charging the defendant in Count Three with a violation of Title 21 U.S.C. § 841(a)(1) - Possession with the Intent to Distribute or Dispense (Methamphetamine, Cocaine, Heroin, Crack Cocaine, Marijuana) and 21 U.S.C. § 841(b)(1)(B)(i). (Doc. Nos. 96, 97.) After conducting said proceeding in the form and manner prescribed by Federal Rules of Criminal Procedure Rule 11, the undersigned finds that:

a. the prior plea (Doc. No. 74) entered pursuant to Federal Rule of Criminal Procedure 11(c)(1)(B) should be withdrawn ;

b. the Defendant, after consultation with counsel of record, has knowingly and voluntarily consented to the administration of the amended Guilty Plea in this cause by a United States Magistrate Judge, subject to a final acceptance and imposition of sentence by the District

Judge;

    c.    the Defendant and the government have entered into a plea agreement which has been filed and disclosed in open court pursuant to Federal Rules of Criminal Procedure Rule 11(c)(2);

    d.    the Defendant is fully competent and capable of entering an informed plea, that the defendant is aware of the nature of the charges, the maximum penalties, and the consequences of the plea, and that the plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense; and

    d.    the Defendant understands each of the constitutional and statutory rights enumerated in Rule 11(b) and wishes to waive these rights, including the right to a trial by jury.

IT IS THEREFORE RECOMMENDED that the District Court accept the amended Plea Agreement and the amended Guilty Plea of the Defendant and that **ROY EDWARD THOMPSON JR.** should be adjudged guilty of that offense, reserving to the District Judge the option of rejecting the Plea Agreement pursuant to Rule 11(c)(5) if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

Defendant has waived his right to object to the findings of the Magistrate Judge in this matter so the Court will present this Report and Recommendation to District Judge Jeremy D. Kernodle for adoption immediately upon issuance.

**So ORDERED and SIGNED this 9th day of December, 2019.**

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE