UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:19-cr-31-JDK-JDL-2 |
| | § | |
| ROY EDWARD THOMPSON JR (2). | § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY PURSUANT TO RULE 11(c)(1)(C)**

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge John Love regarding Defendant Roy Edward Thompson Jr.'s plea pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C) to Count Three of the Indictment with a violation of Title 21 U.S.C. § 841(a)(1) - Possession with the Intent to Distribute or Dispense (Methamphetamine, Cocaine, Heroin, Crack Cocaine, Marijuana) and 21 U.S.C § 841(b)(1)(B)(i). Having conducted a proceeding in the form and manner prescribed by Rule 11, the Magistrate Judge recommends that the Court withdraw its prior Order Adopting Magistrate Judge's Findings of Fact and Recommendation on Guilty Plea (Docket No. 74) and accept Defendant's amended guilty plea (Docket No. 95), reserving to the District Judge the option of rejecting the amended Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the prior Order Adopting Magistrate Judge's Findings of Fact and Recommendation on Guilty Plea (Docket No. 74) is **WITHDRAWN** and the Findings of Fact and Recommendation of the United States Magistrate Judge, filed December 9, 2019, are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to Defendant's amended Plea Agreement, the Court finds Defendant **GUILTY** of Count Three of the Indictment in the above-numbered cause, reserving to the Court the option of rejecting the amended Plea Agreement if, after review of the presentence report, the agreed sentence is determined not to be the appropriate disposition of the case.

So **ORDERED** and **SIGNED** this **18th** day of **December, 2019.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE